# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROXANNE BROWN, | ) |
| | ) |
| Plaintiff | ) |
| | ) **Case No.: 2:16-cv-02716-HB** |
| v. | ) |
| | ) |
| DIVERSIFIED ADJUSTMENT SERVICES, INC. | ) |
| | ) |
| Defendant | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Kevin Harden, Jr.* | */s/ Amy L. B. Ginsburg* |
| Kevin Harden, Jr. Esq. | Amy L. B. Ginsburg, Esq. |
| ECKERT SEAMANS CHERIN & MELLOTT LLC | Kimmel & Silverman, P.C. |
| 50 S. 16th Ave., 22nd Floor | 30 East Butler Pike |
| Philadelphia, PA 15219 | Ambler, PA 19002 |
| Phone: 215-851-8523 | Phone: 215-540-8888 |
| Email: kharden@eckertseamans.com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: January 18, 2017 | Date: January 18, 2017 |

BY THE COURT:

_____

J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 18th day of January, 2017:

JOHN P. LANGENDERFER, ESQ.
SURDYK DOWD & TURNER CO LPA
8163 OLD YANKEE ST SUITE C
DAYTON, OH 45458
937-222-2333
jlangenderfer@sdtlawyers.com

KEVIN HARDEN, JR., ESQ.
ECKERT SEAMANS CHERIN & MELLOTT LLC
50 S. 16TH ST 22ND FL
PHILADELPHIA, PA 19102
215-851-8523
kharden@eckertseamans.com

ROBERT J. HANNEN, ESQ.
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
US Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219-2788
412-566-5911
412-566-6099 (fax)
rhannen@eckertseamans.com

| | |
|---|---|
| Dated: <u>January 18, 2017</u> | BY: */s/ Amy L. Bennecoff Ginsburg*<br>Amy L. Bennecoff Ginsburg, Esquire<br>Kimmel & Silverman, P.C.<br>30 E. Butler Avenue<br>Ambler, PA 19002<br>Phone: (215) 540-8888<br>Facsimile: (877) 788-2864<br>Email: aginsburg@creditlaw.com<br>Attorney for the Plaintiff |